LILLIAN SCHWARTZ, Respondent, v. GERALD G. SCHWARTZ, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLY V. GARY, Respondent, v. NATIONAL TRANSPORTATION Co., INC., and Another, Appellants.— Order, so far as appealed from, unanimously modified so as to extend defendants' examination to include right to inquire with respect to any matter necessary to determine whether plaintiff sustained permanent injuries, and, as so modified, affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLIAN SLIPMAN, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

FUR RESEMBLING FABRICS Co., INC., Respondent, v. VANETTA VELVET CORP., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Estate of SAMUEL W. or SAMUEL GREEN, an Incompetent Person. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Petitioner, Appellant; BENONI B. GATTELL, Special Guardian, Respondent; UNITED STATES VETERANS ADMINISTRATION, Respondent.— Order, so far as appealed from, unanimously reversed and the accounts of the committee settled as filed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of SAMUEL H. KUNSTLICH, an Attorney.— Motion granted. [See 256 App. Div. 265.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WESSEL, DUVAL & Co., INC., v. L. N. JACKSON & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Third Intermediate Account of Proceedings: In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor under the Will of IRVING I. BLOOMINGDALE, Deceased. (No Number.) — Motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 1044.] Motion for reargument denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of Proceedings Supplementary to Judgment: FREDERICK P. ALTSCHUL v. OSCAR DANE.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., of HARRIET F. TRACY THOMPSON, v. ZILLAH T. WENZELL and Another and AMBROSE DAY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EVAN B. SEITZ and Another v. THE NICHOLSON COMPANY, INC.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.